SHAPIRO CROLAND REISER APFEL & DI IORIO, LLP
Continental Plaza II
411 Hackensack Avenue
Hackensack, New Jersey 07601
Tel: (201) 488-3900
Email: **greiser@shapirocroland.com**
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIDGET A. MONROE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH W. SIECZKOWSKI,<br><br>　　　　Defendant. | Case No.: 2-21-cv-20231-ES-MAH<br><br>Civil Action<br><br>**CONSENT ORDER VACATING DEFAULT, EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD, AND WITHDRAWING MOTION FOR DEFAULT JUDGMENT** |

　　　This matter having been opened to the Court on the motion of the defendant requesting entry of an order vacating default and extending time to answer [D.E. 26]; and plaintiff, appearing through her counsel, having consented to the relief sought in the motion; and the plaintiff further having consented to withdraw her pending motion for default judgment; and for good cause appearing;

　　　IT IS on this 18th day of October 2024, ORDERED as follows:

　　　1.　Defendant's motion [D.E. 26] is granted and default entered against defendant Kenneth W. Sieczkowski on August 14, 2024 is vacated pursuant to Fed. R. Civ. P. 55(c).

　　　2.　Pursuant to Fed. R. Civ. P. 6(b)(1)(B), the time for defendant Kenneth W. Sieczkowski to answer or otherwise plead in response to the Complaint is extended forty five (45) days from the date hereof.

　　　3.　Plaintiff's motion for default judgment [D.E. 25] is withdrawn.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael A. Hammer*
　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL A. HAMMER, U.S.M.J.

I consent to the form and entry of the within Order:

DEREK SMITH LAW GROUP, PLLC
Attorneys for Plaintiff

By: _____
     Ian M. Bryson, Esq.

Dated: October 17, 2024

SHAPIRO CROLAND REISER APFEL & DI IORIO, LLP
Attorneys for Defendant

By: *Glenn R. Reiser*
     Glenn R. Reiser, Esq.

Dated: October 17, 2024